UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEANDRO FLORES LORENZANA,
individually and on behalf of others similarly
situated,

                Plaintiff,

        -against-

YEREIM OF SPRING VALLEY NEW
YORK, INC. (D/B/A TALMUD TORAH
KHAL ADAS YEREIM), YEREIM OF
MONSEY, INC. (D/B/A TALMUD TORAH
KHAL ADAS YEREIM), SHOLUM
HEIMOWITZ, and LAZAR KATZ

                Defendants.
------------------------------------------------------------X

Case 7:18-cv-01708-PED

**OFFER OF JUDGMENT TO LEANDRO FLORES LORENZANA PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:    Michael Faillace, Esq.
         Michael Faillace & Associates, PC
         60 East 42nd Street, Suite 4510
         New York, NY 10165

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants YEREIM OF SPRING VALLEY NEW YORK, INC. (D/B/A TALMUD TORAH KHAL ADAS YEREIM), YEREIM OF MONSEY, INC. (D/B/A TALMUD TORAH KHAL ADAS YEREIM), and LAZAR KATZ (collectively "Defendants") hereby offer to allow judgment to be taken against them by Plaintiff LEANDRO FLORES LORENZANA ("Plaintiff") in the above-captioned action in the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

        This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff suffered any damages.

Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: New York, New York
_____February 3_____, 20_21_

Respectfully submitted,

_____
**Avrom R. Vann, P.C.**
420 Lexington Avenue - Suite 2400
New York, NY 10170
212 382 1700
Email:
*Attorneys for Defendants*