UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LEANDRO FLORES LORENZANA, individually
and on behalf of others similarly situated,

            Plaintiff,

        -against-

YEREIM OF SPRING VALLEY NEW YORK,
INC. (D/B/A TALMUD TORAH KHAL ADAS
YEREIM), YEREIM OF MONSEY, INC.
(D/B/A TALMUD TORAH KHAL ADAS
YEREIM), SHOLUM HEIMOWITZ, and LAZAR
KATZ,

            Defendants
----------------------------------------------------------X

Case 7:18-cv-01708-PED

**JUDGMENT**

      On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff LEANDRO FLORES LORENZANA, have judgment against Defendants YEREIM OF SPRING VALLEY NEW YORK, INC. (D/B/A TALMUD TORAH KHAL ADAS YEREIM), YEREIM OF MONSEY, INC. (D/B/A TALMUD TORAH KHAL ADAS YEREIM), and LAZAR KATZ (collectively "Defendants"), jointly and severally, in the amount of $50,000.00, (Fifty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

    Dated: _____, 20\_\_    SO ORDERED,

                                                              _____